IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ANISETO OLIVAREZ, JR., §
Institutional ID No. 117457, §
 §
      Plaintiff, §
 §
v. § CIVIL ACTION NO. 5:19-CV-00061-C
 §
LUBBOCK COUNTY DETENTION §
CENTER, *et al.*, §
 §
      Defendants. §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

Also, the Court notes that by Order entered August 6, 2019, the Magistrate Judge dismissed Plaintiff's claims against Lubbock County and the LDCD Medical Department, but no judgment was entered. The Court finds that there is no just reason for delay in entering a final judgment as to those claims, and a final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b).

IT IS THEREFORE ORDERED that

1) Defendant Holmes's Motion and Brief to Dismiss Official Capacity Claim Pursuant to Rule 12(b)(6) is DENIED as moot. Alternatively, to the extent Plaintiff's Complaint may be construed to state an official capacity claim that was not previously dismissed, the Motion is GRANTED.

2) There is no just reason for delay in entering a final judgment and final judgment should be entered as to the previously dismissed claims against Defendants Lubbock County and LCDC Medical Department, as well as any official capacity claims against Defendant Holmes, pursuant to Federal Rule of Civil Procedure 54(b). Judgment shall be entered accordingly.

3) The Court will enter a separate scheduling order, setting forth dates certain for pretrial deadlines and filing dispositive motions.

4) The only remaining claim in this civil action is Plaintiff's excessive force claim against Defendant Elroy Holmes, in his individual capacity. Thus, the caption of this case is changed to *Aniseto Olivarez, Jr. v. Elroy Holmes*.

SO ORDERED.

Dated April 6, 2020.

SAM R. CUMMINGS
Senior United States District Judge